**Paul B. GOIST, a/k/a Paul Benjamin Goist, Plaintiff–Appellant,**

**v.**

**Charles SAMUELS, Director of the Federal Bureau of Prisons, in his official and individual capacity; Rear Admiral Newton R. Kendig, M.D., in his Official and Individual Capacity; Harrell Watts, in his Official and Individual Capacity; South East Regional Director, Sero; John And Jane Does, Statutory Agent Officer, in their Official and Individual Capacity; Warden Cruz, FCI Williamsburg, in her Official and Individual Capacity; Estate of Victor Loranth; William Rigney, PA/MD, in his Official and Individual Capacity, Defendants—Appellees,**

**and**

**United States of America; Federal Bureau of Prisons, Defendants.**

No. 15–7368.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 25, 2016.

Paul Benjamin Goist, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul B. Goist appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goist v. Samuels,* No. 9:14–cv–04036–RMG, 2015 WL 4488066 (D.S.C. July 22, 2015 & Aug. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*